UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER KAY CONLEY,<br><br>Defendant. | CASE NO. CR06-425 MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a revocation of probation evidentiary hearing in this case on May 19, 2007. The United States was represented by Douglas Whalley. The defendant was represented by Bruce Erickson.

## CONVICTION AND SENTENCE

Defendant had been convicted of Unlawful Use of a Communication Facility to Facilitate a Drug Offense on or about October 12, 2007. The Honorable Marsha J. Pechman of this court sentenced Defendant to three years of probation. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation Officer Monique Neal alleged in a violation report filed with the court that Defendant violated the conditions of supervised release in the following respects:

(1) Using marijuana on or before April 25, 2008, in violation of standard condition no. 7;

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
PAGE -1-

(2) Using methamphetamine on or before April 2, 2008, in violation of standard condition no.7;

(3) Failing to report for drug testing as directed by the U.S. Probation Office on April 24, 2008, in violation of the special condition that the defendant participate as instructed in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol;

(4) Failing to comply with the home confinement program since March 23, 2008, in violation of the special condition requiring that she participate in the home confinement program with electronic monitoring as directed by the probation officer for a period of six months.

I advised the defendant of these charges and of her constitutional rights. The defendant admitted to violation nos. 1-4.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, the court finds that the violations have been established. I recommend the court find that Defendant has violated the conditions of her supervised release as alleged. The matter has been set for a probation revocation hearing before the Honorable Marsha J. Pechman. The defendant has been detained pending final a determination by the Court.

DATED this 19th day of May, 2008.

    /s/Dean Brett
DEAN BRETT
United States Magistrate Judge

cc:  Sentencing Judge         : Hon. Marsha J. Pechman
    Assistant U.S. Attorney  : Douglas Whalley
    Defense Attorney         : Bruce Erickson
    U. S. Probation Officer  : Monique Neal

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
PAGE -2-