UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HEATHER KAY CONLEY,

    Defendant.

Case No. CR06-425 MJP

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 13, 2008. The defendant appeared following a summons issued in this case. The United States was represented by Ron Friedman, and Defendant was represented by Bruce Erickson. Also present was U.S. Probation Officer Angela McGlynn. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on October 12, 2007 by the Honorable Marsha J. Pechman for unlawful use of a communication facility to facilitate a drug offense. She received three years of probation.

## PRIOR VIOLATIONS OR MODIFICATIONS

On February 7, 2008, defendant appeared before the Court for failing to comply with the

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

home confinement program. The Court ordered defendant to be placed on the GPS system.

On May 2, 2008 a warrant was approved by the Court based on allegations defendant was using drugs. Defendant admitted the allegations and the Court reinstated probation.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated July 21, 2008, Supervising U.S. Probation Officer Steven Gregoryk alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of driving while license suspended on July 3, 2008, in violation of the general condition that defendant not commit another crime.

2. Failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer, in violation of standard condition number 11.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing before District Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. Subject to all previously ordered conditions of probation, defendant remains in the community pending a disposition.

DATED this 13th day of August, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2