UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR06-425-MJP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| HEATHER KAY CONLEY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 18, 2009. The United States was represented by Assistant United States Attorney Douglas Belt Whalley, and the defendant by Mr. Bruce David Erickson. The proceedings were digitally recorded.

The defendant had been charged and convicted of Unlawful Use of a Communication Facility to Facilitate Drug Offenses, in violation of 21 U.S.C. § 843(b). On or about October 12, 2007, defendant was sentenced by the Honorable Marsha J. Pechman to a term of three (3) years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, 40 hours of community service, search, six months EHM and no firearms.

In a Petition for Warrant or Summons, dated January 28, 2009, U.S. Probation Officer

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

01 | Steven R. Gregoryk asserted the following violation by defendant of the conditions of her

02 | supervised release:

03 |      1)    Committing the crime of Unlawful Use of a Communication Facility to

04 |             Facilitate Drug Offenses, in violation of 21 U.S.C. § 843(b), and in further

05 |             violation of the general condition of supervision which states that the

06 |             defendant shall not commit another federal, state, or local crime.

07 |      (2)    Associating with a know felon, Fernando Cienfuegos, on January 28, 2009, in

08 |             violation of standard condition No. 9.

09 |     The defendant was advised of her rights, acknowledged those rights, and admitted to

10 | the alleged violations Nos. 1 and 2..

11 |     I therefore recommend that the Court find the defendant to have violated the terms

12 | and conditions of her supervised release as to violations 1 and 2, and that the Court conduct a

13 | hearing limited to disposition.  A disposition hearing on these violations has been set before

14 | the Honorable Marsha J. Pechman on March 4, 2009 at 4:00 p.m.

15 |     Pending a final determination by the Court, the defendant has been detained.

16 |     DATED this 18th day of February, 2009.

17

18 | JAMES P. DONOHUE
United States Magistrate Judge

19

20

21 | cc:    District Judge:          Honorable Marsha J. Pechman

22 |        AUSA:              Mr. Matthew Diggs
       Defendant's attorney:    Mr. Bruce David Erickson

23 |        Probation officer:      Mr. Steven R. Gregoryk

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2